IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALFREDO AGUIRRE,**
**Individually and on Behalf**
**of All Others Similarly Situated,**

    Plaintiff,

v.                                                                          Case No. 2:21-CV-00406 GJF/KRS

**W&W ENERGY SERVICES, INC.,**

    Defendant.

## STIPULATION OF DISMISSAL

**COME NOW** the parties to this matter, and pursuant to Rule 41 F.R.C.P. hereby stipulate to the dismissal of this matter as follows:

1.    The claims of the named Plaintiff, Alfredo Aguirre, and opt-in claimants, Javier Monsibaiz, Johurry Gallegos, Jordaness Gomaz Ramirez, Aldo Gonzales, and Rigoberto Villa are dismissed with prejudice. Any claims of any other parties, potential parties, or putative parties to this matter are dismissed without prejudice.

Respectfully submitted,

**FITAPELLI & SCHAFFER, LLP**

*Electronically Approved 06/07/23*
Frank J. Mazzaferro, *Pro Hac Vice*
28 Liberty Street, 30th Floor
New York, New York 10005
212 300-0375
fmazzaferro@fslawfirm.com

and

Richard Burch
11 Greenway Plaza, Ste 3025

1

Houston, TX 77046
713-877-8788 / 713-877-8065 (fax)
rburch@brucknerburch.com

*Attorneys for Plaintiff, Alfredo Aguirre, and opted-in claimants, Javier Monsibaiz, Johurry Gallegos, Jordaness Gomaz Ramirez, Aldo Gonzales, and Rigoberto Villa*

**HINKLE SHANOR LLP**

_____
Richard E. Olson
Chelsea R. Green
P.O. Box 10
Roswell, NM 88202-0010
575-622-6510 / 575-623-9332 Fax
rolson@hinklelawfirm.com
cgreen@hinklelawfirm.com

and
Jaclyn McLean
218 Montezuma
Santa Fe, NM 87501
505-982-4554 / 505-982-8623 (fax)
jmclean@hinklelawfirm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this June 7, 2023, I caused the foregoing Stipulation along with this Certificate of Service, to be served and filed electronically through the CM/ECF File & Serve electronic filing system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

_____

2